FILED

2018 JAN 24 AM 10: 24

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD COLLETTE D/B/A
TRUTHINADVERTISINGENFORCERS.COM,
Plaintiff,

CASE NO: 8:18-cv-00117-JSM-TGW

v.

ENDURANCE WARRANTY SERVICES, LLC,
Defendant.
_____/

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT

Plaintiff, GERALD COLLETTE D/B/A TRUTHINADVERTISING ENFORCERS.COM, pursuant to Fed. R. Civ. P. Rule 55(a), submits this affidavit in support of his motion for entry of a default by the clerk against Defendant, ENDURANCE WARRANTY SERVICES, LLC.

### TIMING OF SERVICE AND REMOVAL

1. § 48.151(3) Fla. Stat. (2017) designates the Florida Florida Chief Financial Officer (the "Florida CFO") as the statutory agent for service on "all licensed nonresident insurance agents."

2. Defendant is a nonresident insurance agent.

3. Defendant was served, pursuant to § 48.151(3) Fla. Stat. (2017), via service on the Florida CFO, on October 16, 2017.

4. Exhibits 1 and 2, accompanying, are true and correct grayscale copies of the first two pages of the Florida CFO's return of service, shrunken slightly to fit on the page.

5. On December 6, 2017, the Florida CFO sent Defendant a copy of the summons and complaint via USPS certified mail, with tracking number 7007 0220 0000 0400 2073.

6. According to the USPS website,[1] a certified mail item with that tracking number:

    (a) "... December 6, 2017, 8:50 pm Arrived at USPS Regional Facility TALLAHASSEE FL DISTRIBUTION CENTER,"[2] and

    (b) "... was delivered to an individual at the address at 11:01 am on December 11, 2017 in NORTHBROOK, IL 60062."[3]

7. Defendant filed the Removal[4] in this Court on January 16, 2018.

---

1 https://tools.usps.com/go/TrackConfirmAction?tLabels=7007%200220%200000%200400%202073
2 *Id.*
3 *Id.*
4 Dkt. No. 1.

## VERIFICATION OF AFFIDAVIT

I, GERALD COLLETTE, Plaintiff in this matter, pursuant to § 92.525 Fla. Stat. (2017), under penalties of perjury, declare I have read the foregoing Affidavit and the facts stated in it are true, except so far as they are therein stated to be on information and belief, and those facts I believe to be true to the best of my knowledge and belief.

Dated: January 24, 2018

Respectfully Submitted,

/s/ Gerald Collette

Gerald Collette
Plaintiff Pro Se

2139 Kepner Drive
Holiday, FL 34691
727-457-0300
jerrycollette@gmail.com

## CERTIFICATE OF SERVICE

Via his electronic signature above, Gerald Collette certifies a copy of this document was furnished to Defendant and Defense Counsel, on this date, via email to Defense Counsel.

# EXHIBIT 1



"17-000231984"

| | |
|---|---|
| GERALD COLLETTE D/B/A<br>TRUTHINADVERTISINGENFORCERS.COM<br><br>PLAINTIFF(S)<br><br>VS.<br><br>ENDURANCE WARRANTY SERVICES, LLC<br><br>DEFENDANT(S)<br>_____ /<br>SUMMONS, COMPLAINT, EXHIBIT | CASE #:  2017 CA 2113 WS<br>COURT:   CIRCUIT COURT<br>COUNTY:  PASCO<br>DFS-SOP #: 17-000231984 |

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on Monday, October 16, 2017 and a copy was forwarded by CERTIFIED MAIL on Wednesday, December 6, 2017 to the designated agent for the named entity as shown below.

ENDURANCE WARRANTY SERVICES, LLC
ENDURANCE WARRANTY SERVICES, LLC
400 SKOKIE BLVD. SUITE 105
NORTHBROOK, IL 60062-0062

\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

Jimmy Patronis
Chief Financial Officer

GERALD COLLETTE
2139 KEPNER DRIVE
HOLIDAY, FL 34691

Office of the General Counsel - Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, FL 32314-6200 - (850)413-4200

# EXHIBIT 2

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

GERALD COLLETTE D/B/A
TRUTHINADVERTISINGENFORCERS.COM,
Plaintiff,

CASE NO: 2017 CA 2113 WS

v.

ENDURANCE WARRANTY SERVICES, LLC,
Defendant.
_____/

FILED FOR RECORD
PASCO COUNTY, FLORIDA
2017 SEP 27 PM 2:37
Paula S. O'Neil
Clerk & Comptroller
Pasco County, Florida

ALIAS SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant ENDURANCE WARRANTY SERVICES, LLC, C/O FLORIDA CHIEF FINANCIAL OFFICER AS RA, SERVICE OF PROCESS SECTION, PO BOX 6200, TALLAHASSEE, FL 32314-6200.

Each defendant is required to serve written defenses to the complaint on plaintiff GERALD COLLETTE D/B/A TRUTHINADVERTISINGENFORCERS.COM, whose address is jerrycollette@gmail.com, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiffs or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on September 27, 2017

Paula S. O'Neil, Clerk & Comptroller

by:

/S/ LORRAINE M. BROOKS

Deputy Clerk

RECEIVED AS STATUTORY REGISTERED AGENT on 18 October, 2017 and served on defendant or named party on 06 December, 2017 by the Florida Department of Financial Services

Issued/ret PL

Collette v. Endurance Warranty Services, LLC
Affidavit in Support of Motion for Default
Page 5 of 5