UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD COLLETTE,

    Plaintiff,

v.                                     Case No: 8:18-cv-117-T-30TGW

ENDURANCE WARRANTY
SERVICES, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the following:

- Defendant's Motion to Dismiss[1] (Dkt. 15) and Plaintiff's Response (Dkt. 20);

- Plaintiff's Motion for Sanctions (Dkt. 17), Defendant's Response (Dkt. 23), and Defendant's Corrected Response (Dkt. 28);

- Plaintiff's Motion to Remand (Dkt. 21) and Defendant's Response (Dkt. 27); and,

- Plaintiff's First and Second Motions for Discipline of the Court (Dkt. 22, Dkt. 26)

Defendant filed a Response to Plaintiff's Motion for Remand, agreeing to remand the case and pay Plaintiff's actual expenses associated with the removal. The Court will

---

[1] Defendant filed a Notice of withdrawal of its Motion to Dismiss (Dkt. 29).

remand the case to the circuit court but will not require Defendant to pay "Plaintiff's actual expenses associated with the removal." Plaintiff had access to CM/ECF for electronic filing, and the Court will not award postage for his motion requesting this access.

As for Plaintiff's Motion for Sanctions, ordinarily sanctions would be appropriate in the form of attorney's fees. But, in this case, Plaintiff is a pro-se litigant. Plaintiff tries valiantly to describe his costs, including "wear and tear" on his computer, printer, cell phone, "furniture," "clothing," and "shoes"[2]. The Court is unable to place a value on these costs and declines to award them to Plaintiff. The Court also denies Plaintiff's two Motions for Discipline by the Court.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Remand (Dkt. 21) is GRANTED in part, to the extent that the case is remanded to the Sixth Judicial Circuit, in and for Pasco County, Florida.

2. Plaintiff's Motion for Sanctions (Dkt. 17) is DENIED.

3. Plaintiff's Motions for Discipline of the Court (Dkt. 22, Dkt. 26) are DENIED.

---

[2] Plaintiff states that "wear and tear" occurred as a result of the case's removal when: "Plaintiff sat on his furniture while reading and writing motions and emails" ; "Plaintiff's clothing rubbed against itself and his furniture…while reading and writing motions and emails" ; and Plaintiff "walk[ed] to the mailbox to mail a motion to the Court."

4. The Clerk is directed to remand this case to the Sixth Judicial Circuit, in and for Pasco County, Florida. The Clerk is also directed to forward a certified copy of this Order to that court.

5. The Clerk is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of February, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record